UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MILTON HAILE,<br><br>                Petitioner,<br><br>vs.<br><br>GREGORY A. KIZZIAH, Warden; and JILL STERNHAGEN, Case Manager,<br><br>                Respondents. | 4:16-CV-04027-LLP<br><br>ORDER |

Petitioner, Milton Haile, an inmate who is incarcerated at the Yankton Federal Prison Camp in Yankton, South Dakota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court directs that the Petition in this case be served and that a response be filed. Accordingly,

IT IS ORDERED:

(1) that the Clerk of Court shall serve upon Respondents and the United States Attorney for the District of South Dakota a copy of the Petition and this Order;

(2) that within 21 days after service, Respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted;

(3) that Petitioner may file a reply within 14 days of service of the Respondent's response.

DATED this 3rd day of March, 2016.

BY THE COURT:

*Veronica L. Duffy* (signature)

VERONICA L. DUFFY
United States Magistrate Judge